## Commonwealth *v.* Bagley, Appellant.

Argued September 13, 1968. *Mervyn R. Turk,* Assistant Pub-

lic Defender, for appellant; *Ralph B. D'Iorio*, Assistant District Attorney, with him *Vram S. Nedurian*, Assistant District Attorney, *William R. Toal*, First Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.